UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

ANTONIA RAMIREZ,

                **Plaintiff,**

      -against-

JEROME LAUNDRY MART, INC., et al.,

                **Defendants.**

-------------------------------------------------------------X

25-CV-01259 (PAE)(SN)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2025

**SARAH NETBURN, United States Magistrate Judge:**

    According to the Civil Case Management Plan and Scheduling Order, the parties were to submit a status letter regarding discovery on July 21, 2025. ECF No. 17. Nothing has been filed by the parties. The parties are ORDERED to file a status letter regarding discovery no later than Monday, July 28, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    July 23, 2025
              New York, New York